HUB POWELL v. STATE.

192 So. 883

Division A

Opinion Filed November 14, 1939

Rehearing Denied December 5, 1939

*Thos. D. Beasley,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—No reversible error appearing in the

record in this cause the judgment of the circuit court is affirmed.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

BROWN, J., concurs in opinion and judgment.

Justices WHITFIELD and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.